**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Arturo Montes BENAVIDES,**
**Defendant-Appellant**

**No. 15-20487**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 12/19/2016

John Richard Berry, Renata Ann Gowie, Assistant U.S. Attorneys, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Marjorie A. Meyers, Federal Public Defender, Evan Gray Howze, Scott Andrew Martin, Assistant Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant-Appellant

Before KING, DENNIS, and COSTA, Circuit Judges.

PER CURIAM: \*

Appealing the judgment in a criminal case, Arturo Montes Benavides raises ar-

determined that this opinion should not be

guments that are foreclosed by *United States v. Gonzalez–Longoria*, 831 F.3d 670 (5th Cir. 2016) (en banc), *petition for cert. filed* (Sept. 30, 2016) (No. 16-6259). In *Gonzalez–Longoria*, 831 F.3d at 672, 677–78, we held that 18 U.S.C. § 16(b) is not unconstitutionally vague on its face in light of *Johnson v. United States*, —— U.S. ——, 135 S.Ct. 2551, 192 L.Ed.2d 569 (2015), and can be applied without violating due process. Accordingly, the motion for summary affirmance is GRANTED, the alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.